## THE STATE v. WALKER, Appellant.

Division Two, February 3. 1903.

No Bill of Exceptions: AFFIRMANCE. Where no bill of exceptions was filed there is nothing before the appellate court for review but the record proper, and if no error appears therein the judgment will be affirmed.

Appeal from Livingston Circuit Court.—*Hon. J. W. Alexander*, Judge.

AFFIRMED.

*Joe Barton* and *P. D. Kitt* for appellant.

*Edward C. Crow,* Attorney-General, and *Sam B. Jeffries,* Assistant Attorney-General, for the State.

No bill of exceptions has been filed in this case and we have nothing except the record to pass upon. Defendant was indicted upon the charge of robbery committed against one John P. Cox, on April 18, 1901, at Livingston county, Missouri. The amount of money taken from the prosecuting witness is charged in the indictment as being one dollar and seventy cents, lawful money of the United States. The indictment is in the usual form and therefore not subject to objection. Kelley's Criminal Law, sec. 626; State v. Dudley, 36 Mo. 372; State v. Jenkins, 36 Mo. 371; State v. Davidson, 38 Mo. 374; State v. Wilcox, 38 Mo. 370. While it has always been necessary to aver that the property was taken with violence, yet the element of fear is of modern introduction and stands in the place of violence. 2 East P. C., 783; State v. Howerton, 59 Mo. 91.

GANTT, P. J.—At the regular May term, 1901, of the Livingston Circuit Court, the defendant was indicted for robbery of John P. Cox. The indictment is drawn under section 1893, Revised Statutes 1899, and properly charges robbery in the first degree. The jury convicted the defendant and assessed his punishment at five years in the penitentiary. The defendant was sentenced in accordance with the verdict at the May term, 1901, and leave was given him to file a bill of exceptions by the first day of the September term, and appeal was granted to this court. No bill of exceptions was filed and the cause is here on the record proper alone. As already said the indictment was sufficient and all the other steps were taken in the due or orderly course.

Vol 171 mo—36.

Nor error appearing, the judgment is affirmed. All concur.